IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RANDY JENKINS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BAC HOME LOAN SERVICING )<br>LP, FKA COUNTRYWIDE )<br>HOME LOANS SERVICING, )<br>LP, )<br>)<br>Defendant. ) | CASE NO.  7:11-CV-73 (HL) |

### ORDER GRANTING BAC HOME LOAN SERVICING LP, FKA COUNTRYWIDE HOME LOAN SERVICING LP'S MOTION TO STAY DISCOVERY AND CERTAIN PRETRIAL DEADLINES

Defendant BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing LP ("BAC") moves the Court for an Order staying discovery and the deadlines to conduct a Rule 26(f) conference, serve initial disclosures, and file a joint preliminary report and discovery plan.  The Court has considered BAC's Motion and concludes that good cause has been shown for the Court to stay discovery and these deadlines during the Court's consideration of the BAC's Motion for Judgment on the Pleadings and Memorandum of Law In Support Thereof.

Accordingly, the Court hereby **GRANTS** BAC's Motion to Stay Discovery and Certain Pretrial Deadlines.  The Court **STAYS** the discovery

period and the parties' obligations to comply with the deadlines for conducting a Rule 26(f) conference, serving initial disclosures, and filing a joint preliminary report and discovery plan. Should the Court deny the BAC's Motion For Judgment on the Pleadings, the parties may commence discovery and shall conduct a Rule 26(f) conference, serve initial disclosures, and file a joint preliminary report and discovery plan within thirty (30) days of the Court's Order denying such motion.

**SO ORDERED**, this 1st day of June, 2011.

 s/Hugh Lawson
Honorable Hugh Lawson
Judge, United States District Court