IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| RANDY JENKINS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:11-cv-73 (HL) |
| BAC HOME LOANS SERVICING, LP, | : | |
| Defendant. | : | |

## ORDER

Before the Court is the Defense's motion for judgment on the pleadings (Doc. 3) and motion to dismiss the amended complaint (Doc. 13). Plaintiff is proceeding pro se.

After the Defense filed its motion for judgment on the pleadings, Plaintiff filed an amended complaint that completely supplants his former complaint. The motion for judgment on the pleadings (Doc. 3) has therefore been mooted. It is denied.

The motion to dismiss the amended complaint is pending. Plaintiff is ordered to respond to the motion. He is directed to this Court's Local Rule 7.2, which states that a person desiring to submit a response to a motion shall file the response within 21 days after service of the movant's motion and brief. If Plaintiff fails to file a timely response, the motion to dismiss will be granted.

**SO ORDERED**, this the 30th day of June, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc