IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RANDY F. JENKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAC HOME LOANS SERVICING, LP ) <br> F/K/A COUNTRYWIDE HOME LOANS ) <br> SERVICING, LP, McCALLA RAYMER, LLC, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL ACTION FILE <br> NO. 7:11-CV-00073-HL |

## ORDER GRANTING MOTION TO STAY DISCOVERY AND CERTAIN PRETRIAL DEADLINES

Defendant BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP ("BACHLS") moves the Court for an Order staying discovery and the deadlines to conduct a Rule 26(f) conference, serve initial disclosures, and file a joint preliminary report and discovery plan. The Court has considered BACHLS's Motion and concludes that good cause has been shown for the Court to stay discovery and these deadlines during the Court's consideration of BACHLS's Motion to Dismiss filed on June 23, 2011.

Accordingly, the Court hereby **GRANTS** BACHLS's *Motion to Stay Discovery and Certain Pretrial Deadlines*. The Court **STAYS** the discovery

period and the parties' obligations to comply with the deadlines for conducting a Rule 26(f) conference, serving initial disclosures, and filing a joint preliminary report and discovery plan. Should the Court deny BACHLS's Motion to Dismiss, the parties may commence discovery and shall conduct a Rule 26(f) conference, serve initial disclosures, and file a joint preliminary report and discovery plan within thirty (30) days of the Court's Order denying such motion.

**SO ORDERED**, this 11th day of July, 2011.

s/Hugh Lawson
Hugh Lawson
Senior U.S. District Court Judge